IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARIO RUCKER, #63902**                                                    **PETITIONER**

v.                                                   **CAUSE NO. 1:16-cv-53-LG-RHW**

**STATE OF MISSISSIPPI**                                           **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that pro se Petitioner Mario Rucker's Petition for Writ of Mandamus [2] is **DENIED.**

**IT IS, FURTHER ORDERED AND ADJUDGED** that pro se Petitioner Mario Rucker's request for habeas corpus relief is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 17th day of March, 2016.

                                                              s/ *Louis Guirola, Jr.*
                                                              LOUIS GUIROLA, JR.
                                                              CHIEF U.S. DISTRICT JUDGE